JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR TEJEDA,<br><br>        Plaintiff,<br><br>        v.<br><br>J. BRENES, et al.,<br><br>        Defendant(s). | Case No. ED CV 11-1140-CJC (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Granting Voluntary Dismissal,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: February 14, 2012

_____

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE